UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| WINTRUST MORTGAGE,<br>A DIVISION OF BARRINGTON<br>BANK & TRUST COMPANY, N.A., | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00428-LEW |
| | ) | |
| ANDREA L. DUDLEY and<br>GABRIELLA DUDLEY, | ) ) | JUDGMENT OF FORECLOSURE<br>AND SALE |
| Defendants | ) | |
| | ) | Re: 145 Maplewood Drive |
| STATE OF MAINE – MAINE<br>REVENUE SERVICES, | ) ) | Naples, ME 04055 |
| | ) | Mortgage: August 10, 2018 |
| Party-In-Interest | ) | Book 35072, Page 213 |

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
JUDGMENT OF FORECLOSURE AND SALE**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on April 27, 2026. Plaintiff, Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., was present and represented by Reneau J. Longoria, Esq. Defendants, Andrea L. Dudley and Gabriella Dudley, did not appear; Party-In-Interest, State of Maine - Maine Revenue Services has appeared in this matter.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.

JUDGMENT on Count I – Foreclosure and Sale is hereby ENTERED as follows:

1. If the Defendants or their heirs or assigns pay Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. ("Wintrust Mortgage") the amount adjudged due and owing ($160,287.09) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wintrust Mortgage shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $123,795.46 |
| Interest | $15,157.66 |
| Unpaid Late Charges | $566.58 |
| Escrow Advance | $2,100.90 |
| Corporate Advance Balance | $8,666.49 |
| Grand Total | $160,287.09 |

2. If the Defendants or their heirs or assigns do not pay Wintrust Mortgage the amount adjudged due and owing ($160,287.09) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Naples Property shall terminate, and Wintrust Mortgage shall conduct a public sale of the Naples Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $160,287.09 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324.  Wintrust Mortgage may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, or anyone occupying the premises, does not vacate the property upon termination of his/her/their right to possession,

Wintrust Mortgage may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5   The amount due and owing is $160,287.09.

6   The priority of interests is as follows:

   ● Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. has first priority, in the amount of $160,287.09, pursuant to the subject Note and Mortgage.

   ● State of Maine - Maine Revenue Services has the second priority behind the Plaintiff pursuant to a Notice of State Lien dated August 27, 2014, in the amount of $934.04, and recorded in the Cumberland County Registry of Deeds in Book 31755, Page 286.  As of September 29, 2025, the amount owed is $159.68.  Additionally, on or about September 14, 2016, Maine Revenue Services assessed a tax in the amount of $2,735.00 against Robert F. Dudley Jr.  Maine Revenue Services recorded a Notice of Tax Lien on or about February 17, 2017, in Book 33832, Page 154, of the Cumberland County Registry of Deeds against all real property, fixtures and crops owned or subsequently acquired by the defendant(s) in the amount of $4,757.42. After giving credit for all payments since the filing of this lien, the sum of $6,141.00 is presently due and owing the State of Maine, Maine Revenue Services. This lined amount includes additional interest through November 15, 2025.

   ● Andrea L. Dudley and Gabriella Dudley have the third priority behind the Plaintiff.

7. The prejudgment interest rate is 5.25000%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 9.5%, pursuant to 14 M.R.S. § 1602-C (the one-year United States Treasury bill rate is the weekly average one-year constant

maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue, December 2025, 3.5% plus 6% for a total post-judgment interest rate of 9.5%).

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. 9700 W. Higgins Road, Ste. 300 Rosemont, IL 60018 | Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | | |
| | Andrea L. Dudley 79 Hill Street APT 201 Biddeford, ME 04005 | Pro Se/Defaulted |
| | Gabriella Dudley 764 Hobonny Loop Longs, SC 29568 | Pro Se/Defaulted |
| PARTIES-IN-INTEREST | | |
| | State of Maine - Maine Revenue Services 51 Commerce Drive Augusta, ME 04333 | John P. Burke, Jr, Esq. State House Station # 6 Augusta, ME 04333 |

a) The docket number of this case is No. 2:25-cv-00428-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 145 Maplewood Drive, Naples, ME 04055, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 145 Maplewood Drive, Naples, ME 04055. The Mortgage was executed by the Defendant, Robert F. Dudley II on August 10, 2018. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 35072, Page 213.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 145 Maplewood Drive, Naples, ME 04055.

SO ORDERED.

Dated this 5th day of May, 2026.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE

5